AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MARYLAND
Greenbelt Division

MAGNOLIAHAUSEFREDERICK, LLC )
3000 K Street, N.W., Suite E270 )
Washington, DC 20007, )
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 8:25-cv-03684-PX
STOCKBRIDGE MAGNOLIA HAUS APARTMENTS MEMBER, LLC )
c/o Stockbridge Capital Group )
300 N. LaSalle Street, Suite 5450, Chicago, IL 60654 )
Serve: Maryland Department of Assessments and Taxation )
  700 E. Pratt Street, Suite 2700 )
  Baltimore, MD 21202 )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
STOCKBRIDGE MAGNOLIAHAUS APARTMENTS MEMBER, LLC
c/o Stockbridge Capital Group
300 N. LaSalle Street, Suite 5450
Chicago, Illinois 60654
Serve: Maryland Department of Assessments and Taxation
  700 E. Pratt Street, Suite 2700
  Baltimore, MD 21202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

William F. Gibson II
Kelly E. Lynch
Shulman Rogers, P.A.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/14/2025

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:25-cv-03684-PX

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____
                                                    _____
                                                            *Server's signature*

                                                    _____
                                                            *Printed name and title*

                                                    _____
                                                            *Server's address*

Additional information regarding attempted service, etc: